UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      v.

Wilson Mendez,
  a/k/a "Tati,"

            *Defendant.*

**ORDER**

S7 22 Cr. 293 (JPO)

WHEREAS, the defendant Wilson Mendez has moved under 18 U.S.C. § 4241(a) for an examination to determine the mental competency of the defendant;

WHEREAS, the parties request that the Court designate an examiner, to be retained by the Government, to conduct an examination pursuant to 18 U.S.C. § 4247 at the Metropolitan Detention Center where the defendant is presently detained;

IT IS HEREBY ORDERED that (i) the defendant shall be examined by a licensed or certified psychiatrist or psychologist, to be retained by the Government, to conduct a psychiatric or psychological examination and to issue a report on the defendant's competence, (ii) that the defendant shall submit to examination(s) by the examiner, as needed by the examiner, (iii) that the examiner's evaluation shall include a determination as to whether the defendant is malingering; (iv) that the defendant shall provide to the examiner any records necessary for the examination or the preparation of the report; and (v) that the if the examiner believes a CAT scan and/or MRI is

necessary, the examiner shall note such recommendation in the examiner's report so that the parties can request that the Court authorize such a scan.

**SO ORDERED:**

Dated: New York, New York
January 22, 2024

                                                                        _____
                                                                             J. PAUL OETKEN
                                                                       United States District Judge